IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LUCAS GOODWIN,**

    **Plaintiff,**

vs.                                                              **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN,**

    **Defendants.**

    _____/

## O R D E R

The United States Marshals Service has advised the Court that service attempted upon Defendant Jody Lee Smith was returned un-executed because he no longer works at Cross City Correctional Institution. (Doc. 34).

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall forward to Anthony Miller, the Deputy General Counsel for the Department of Corrections, a copy of this order along with the prepared summons for the Defendant and a prepared service copy of the amended complaint (doc. 28).

2.  The Deputy Counsel for the Department of Corrections shall have until October 3, 2008, to either:  (1) inform the United States Marshal in confidence of the present location of the Defendant, (2) make an appearance on his behalf, or (3) advise the Court that neither alternative is possible.  If this Defendant's address is provided to the United States Marshal, the Deputy General Counsel shall file a notice that this has been done.  The Deputy General Counsel shall also forward to the United States Marshal a copy of this order, the summons, and service copy of the complaint.

3.  Upon receipt of an address for the above named Defendant, the United States Marshal shall attempt to personally serve the Defendant according to Fed. R. Civ. P. 4(e).

**DONE AND ORDERED** this 19TH day of September, 2008.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv123-mp/ak**