# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**LUCAS GOODWIN,**

    Plaintiff,

vs.                                **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant Hatten's Motion for Extension of Time to File Answer. (Doc. 40). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the time within which Defendant Hatten shall answer the complaint is hereby extended through December 1, 2008.

**DONE AND ORDERED** this 15th day of October, 2008.

                                          s/ A Kornblum
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**