IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUCAS GOODWIN,

    Plaintiff,

vs.                                        CASE NO. 1:07CV123-MP/AK

JOE N. HATTEN,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant Hatten's Second Motion for Extension of Time to File Answer. (Doc. 42). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the time within which Defendant Hatten shall answer the complaint is hereby extended through January 15, 2009.

**DONE AND ORDERED** this 1st day of December, 2008.

                                                S/ A Kornblum
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**