# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**LUCAS GOODWIN,**

    Plaintiff,

vs.                                            **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant Hatten's Motion to Accept Answer as Timely Filed. (Doc. 45). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the answer filed on January 16, 2009, (doc. 46), shall be accepted as timely filed.

**DONE AND ORDERED** this **20**$^{th}$ day of January, 2009.

                                                      *s/ A. KORNBLUM*
                                                      **ALLAN KORNBLUM**
                                                      **UNITED STATES MAGISTRATE JUDGE**