## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**LUCAS GOODWIN,**

    **Plaintiff,**

**vs.**                                                                                          **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN, et al,**

    **Defendants.**

_____/

## O R D E R

By Order dated February 9, 2009, the parties were given deadlines for discovery in this cause and within those deadlines and the parameters of the Federal Rules of Civil Procedure, they may proceed without leave of Court.  Therefore, the Motion for Discovery filed by Plaintiff (doc. 53)  is **DEEMED MOOT**, and shall be construed as a Request for Discovery served upon the defendant on this date.

**DONE AND ORDERED** this  **_26th_**  day of February, 2009.


s/ A.  KORNBLUM_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**