IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LUCAS GOODWIN,**

    **Plaintiff,**

vs.                                                       **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Exemption from the Court's Case Management Scheduling Order requiring initial disclosures. (Doc. 56). Plaintiff has filed a motion to compel these disclosures in response to Defendants' motion. (Doc. 57).

Plaintiff is entitled to discovery, but the Court is of the opinion that the best course is, as Defendants suggest, to allow them to file their motion for summary judgement and provide what evidentiary material they deem relevant with that motion. Therefore, Defendants will not be required to serve initial disclosures, but they are not otherwise exempt from participating in discovery.

Accordingly, it is

**ORDERED:**

1. Defendant's Motion for Exemption (doc. 56) is **GRANTED.**

2. Plaintiff's Motion to Compel (doc. 57) is **DENIED.**

**DONE AND ORDERED** this __7th__ day of April, 2009.

        **s/ A. KORNBLUM**
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv123-MP/AK**