**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**LUCAS GOODWIN,**

      **Plaintiff,**

**vs.**                              **CASE NO. 1:07CV123-MP/AK**

**JOE N. HATTEN,**

      **Defendants.**

_____/

## O R D E R

Presently before the Court is Plaintiff's motion to allow him to be transferred back to Cross City to view a video tape he needs for discovery rather than accept a summary of the content by someone in the Inspector General's office because he is suing other officers in the Florida DOC.  (Doc. 89).  The motion (doc. 89) is **DENIED**.

There is no reason to believe that someone in the Inspector General's office would not report the contents of the videotape accurately and truthfully to warrant the excessive and unnecessary expenditure of transporting Plaintiff back to Cross City.

**DONE AND ORDERED** this __8th__ day of October, 2009.


                          *s/ A. KORNBLUM*_____
                          **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**