**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

LUCAS GOODWIN,

    Plaintiff,

vs.                                        CASE NO. 1:07CV123-MP/AK

JOE N. HATTEN,

    Defendants.

                              /

## O R D E R

Presently before the Court is Plaintiff's Motion to Compel wherein he asks that he be allowed to view the video tape chronicling the incident alleged in the complaint and that the Inspector General's report of what the video shows be "stricken" from the record. (Doc. 93). Plaintiff also seeks additional time to respond to the pending motion for summary judgment. Defendants have responded and submitted the Inspector General's report and affidavit. (Doc. 94).

The Court finds that the report of what is shown on the video tape is sufficiently informative and covers the incident in question without further specification from Plaintiff and without his actual viewing it. Defendant has explained the logistical and financial problems in taking Plaintiff to view the video tape. Plaintiff was offered the opportunity to submit to Defendants the times he wished monitored and did not do so. However, the Inspector General's report notes the times, the subjects appearing in the video, the

actions they are taking, and what angles were covered by the video and what could and could not be seen from those angles.  As the Court stated earlier, there is no reason to believe that the Inspector General's office would not report the contents of the videotape accurately and truthfully.  Plaintiff shall use the report as presented by the Inspector General and will be given a modest extension of time to submit any final response to the motion for summary judgment that has been pending since April, but no further extensions of time will be granted and discovery is over.  Insofar as Plaintiff's Motion seeks to compel any further action by the Defendants (doc. 93), it is **DENIED**.

**DONE AND ORDERED** this  *19th*  day of November, 2009.

                                   *S/ A. KORNBLUM*
                                   **ALLAN KORNBLUM**
                                   **UNITED STATES MAGISTRATE JUDGE**