IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUCAS GOODWIN,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00123-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS, HAMMER, JOE N HATTEN, MCCULLUM, JODY LEE SMITH,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Notice of Voluntary Dismissal, Doc. 105. In a joint motion, the parties have both requested this action be dismissed with prejudice, the relevant dispute between the parties having been resolved through settlement. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The request to dismiss in the Notice of Voluntary Dismissal, Doc. 105, is GRANTED.

2. This case is DISMISSED WITH PREJUDICE.

3. This Court retains jurisdiction over this case for 90 days to ensure the settlement is effected.

**DONE AND ORDERED** this __27th__ day of April, 2010

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge